## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        -vs-                          **Case No. 06-CR-207**

MICHELLE M. MAYS,

        Defendant.

# DECISION AND ORDER

Defendant Michelle Mays (Mays) has moved for a reduction of sentence pursuant to Amendment 782 to the Sentencing Guidelines which reduced offense levels under Section 2D1.1 of the Guidelines.

Unfortunately for Mays, as a career offender her sentence was determined under Section 4B1.1 of the Guidelines, and she is therefore not eligible for relief under the Amendment. Because Amendment 782 only amended Section 2D1.1 of the Guidelines—not Section 4B1.1—her offense level remains the same. Accordingly her motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Mays' motion for reduction of sentence (ECF No. 369) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of August, 2015.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**